IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v<br><br>**$5,351.97 IN UNITED STATES FUNDS,**<br>    First-Named Defendant Property,<br><br>**$629.87 IN UNITED STATES FUNDS,**<br>    Second-Named Defendant Property. | CASE NO. 5:11-cv-64(MTT) |

## WARRANT OF ARREST IN REM

TO: ANY AUTHORIZED AGENT OF THE
INTERNAL REVENUE SERVICE

WHEREAS, a Verified Complaint for Forfeiture has been filed in this Court praying that process issue for the arrest of the Defendant Property that is the subject of this action,

NOW, THEREFORE, you are hereby commanded to seize and arrest the Defendant Property, which is described as $5,351.97 and $629.87 in United States funds, and detain the same in your custody until further order of the Court.

DATED, this 23rd day of February, 2011.



GREGORY J. LEONARD, CLERK
UNITED STATES DISTRICT COURT

By: s/ C. Alston
DEPUTY CLERK