IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | CASE NO. 5:11-CV-64(MTT) |
| v | : | |
| $5,351.97 IN UNITED STATES FUNDS, *et al.*, | : | |
| Defendant Property. | : | |

## ORDER ON PLAINTIFF'S MOTION TO STAY PROCEEDINGS

This matter having come before the Court on the Plaintiff's Motion to Stay these proceedings, and the Court having reviewed the pleadings, the Court finds good cause to stay these proceedings pending the resolution of the related criminal matter.

THEREFORE, IT IS HEREBY ORDERED that the above-styled case be stayed pending further order of the Court.

This 30th day of June, 2011.

s/Marc T. Treadwell
_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:
s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683